**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAXIMO MORILLO,

                Appellant,                19 **CIVIL** 8183 (PMH)

      -against-                      **JUDGMENT**

WELLS FARGO BANK,

                Appellee.
-----------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 19, 2020, the Order of the Bankruptcy Court is affirmed, this is case closed.

**Dated:**  New York, New York
          May 20, 2020

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                      **Clerk of Court**
                              **BY:**
                                            _____
                                                         **Deputy Clerk**